IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**STEVEN WAYNE PIERCE**                                        **PLAINTIFF**

v.                                                                                 No. 3:20CV219-DAS

**STATE OF MISSISSIPPI, ET AL.**                            **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the instant case is **DISMISSED** as untimely filed.

**SO ORDERED**, this, the 3rd day of June, 2021.

                                                        /s/ David A. Sanders
                                                        DAVID A. SANDERS
                                                        UNITED STATES MAGISTRATE JUDGE